Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Counsel for Defendant Seksan Kumtong

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>SEKSAN KUMTONG,<br><br>        Defendant. | Case No. 3:20-mj-00054-MMS-1<br><br>**MOTION FOR EXPEDITED CONSIDERATION** |

Defendant Seksan Kumtong, through counsel, Gary G. Colbath, Assistant Federal Defender, moves this Court for expedited consideration of the principal motion requesting a continuance of the hearing filed at Doc. 10. Counsel's declaration in support of this motion is submitted herewith.

DATED at Anchorage, Alaska this 11th day of February, 2020.

                                                       Respectfully submitted,

                                                     FEDERAL PUBLIC DEFENDER
                                                     FOR THE DISTRICT OF ALASKA

                                                     */s/ Gary G. Colbath*
                                                     Gary G. Colbath
                                                     Assistant Federal Defender

<u>Certificate of Service</u>:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on February 11, 2020. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Gary G. Colbath*