Gary G. Colbath
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: gary_colbath@fd.org

Counsel for Defendant Seksan Kumtong

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>SEKSAN KUMTONG,<br><br>                Defendant. | Case No. 3:20-mj-00054-MMS-1<br><br>**DECLARATION OF COUNSEL**<br><br>**(Filed Pursuant to 28 U.S.C. § 1746)** |

      I, Gary Colbath, declare under penalty of perjury that the following is true and accurate to the best of my belief and knowledge:

      1.     I am an Assistant Federal Defender for the District of Alaska.

      2.     I represent Seksan Kumtong in this matter.

      3.     Expedited Consideration of the principle motion at Docket No. 10 is requested because the continued detention hearing is currently set for today, February 11, 2020, at 1:30 p.m.

      4.     Due to time constraints, the Assistant United States Attorney was not consulted about the motion and their position is unknown as of the time of the filing of this motion.

//

//

DATED at Anchorage, Alaska this 11th day of February, 2020.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Gary G. Colbath*
Gary G. Colbath
Assistant Federal Defender

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746.

Certification:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on February 11, 2020. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.

*/s/ Gary G. Colbath*