# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. SEKSAN KUMTONG

CASE NO: 3:20-mj-00054-MMS

---

Defendant SEKSAN KUMTONG ,

has this date met the bail conditions indicated below and is ordered discharged from custody.

☐ Released to _____, the third party custodian(s).

☐ Paid cash bail in the amount of $ _____

☐ Posted unsecured bond in the amount of $ _____

☐ Posted bond secured by ☐ property or ☐ Surety in the amount of $ _____ with the Clerk of Court

☐ Surrendered passport to the U.S. Probation and Pretrial Services Office

☒ Other **Release to U.S. Probation/Pre-Trial Service Officer Wednesday, February 19, 2020.**

DATED at Anchorage, Alaska, this 13th day of February, 2020

Matthew M. Scoble
United States Magistrate Judge

Original & 1 cy to U.S. Marshal